Charlotte Long, Esq. (SBN 347160)
Trans Union, LLC
555 W. Adams Street
Chicago, IL  60661
Telephone:  (469) 578-1464
E-Mail:  charlotte.long@transunion.com

Attorney for Defendant
Trans Union, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PABLO CARBALLEDO,<br>              Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY; I.C. SYSTEMS, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION<br>              Defendants. | Case No.: 3:26-cv-01202-TSH<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – 3:26-CV-01202-TSH**

TransUnion. TransUnion is a publicly traded entity on the New York Stock Exchange under the ticker symbol: TRU. Massachusetts Financial Services Company, a publicly traded entity, owns 10% or more of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

Respectfully Submitted,

Date:  May 22, 2026

_/s/ Charlotte Long_
Charlotte Long, Esq. (SBN #347160)
Trans Union, LLC

_Counsel for Defendant Trans Union, LLC_

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS – 3:26-CV-01202-TSH**