# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

PABLO CARBALLEDO,
     Plaintiff,

vs.

PACIFIC GAS AND ELECTRIC
COMPANY; I.C. SYSTEMS, INC.;
EXPERIAN INFORMATION
SOLUTIONS, INC.; and
TRANSUNION
     Defendants.

Case No.: 3:26-cv-01202-TSH

~~PROPOSED~~ **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION LLC TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Court has considered the Stipulation to Extend the Time for Trans Union, LLC to Respond to Plaintiff's Complaint, and it is so ORDERED AND ADJUDGED that the Motion is GRANTED.  Trans Union shall file its Answer to Plaintiff's Complaint no later than June 16, 2026.

**IT IS SO ORDERED.**

~~PROPOSED~~ ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT – 3:26-CV-01202-TSH

Page 1 of 2

DATED this    22nd    day of May, 2026.

                                                        
HONORABLE THOMAS S. HIXSON

**~~PROPOSED~~ ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TRANS UNION, LLC TO RESPOND TO PLAINTIFF'S COMPLAINT – 3:26-CV-01202-TSH**